UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEXTON THETFORD,

         Petitioner,

   v.

RON DAVIS, Warden,

         Respondent.

Case No. 17-cv-00092-HSG (PR)

**JUDGMENT**

The petition for writ of habeas corpus is dismissed.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 3/31/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge